IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN C. FISHER,

    Plaintiff,                    No. CIV S-05-2217 MCE KJM P

    vs.

DIRECTOR OF THE CALIFORNIA
DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff has filed a request to proceed in forma pauperis in which plaintiff states that he has $599.46 in his prison trust account. As provided by federal statute, the filing fee of $250.00 was required to commence a civil action in federal district court at the time plaintiff filed his complaint. <u>See</u> 28 U.S.C. § 1914(a) (2005). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who submits an affidavit . . . that [he] is unable to pay such fee or give security therefor." 28 U.S.C. § 1915(a). The amount in plaintiff's trust account shows that plaintiff is able to pay the filing fee for this action. Thus, plaintiff has made an inadequate showing of indigency. <u>See</u> <u>Olivares v. Marshall</u>, 59 F.3d 109, 112 (9th Cir. 1995); <u>Alexander v. Carson Adult High Sch.</u>,

9 F.3d 1448, 1449 (9th Cir. 1993). Plaintiff will therefore be granted twenty days in which to submit the appropriate filing fee to the Clerk of the Court. Plaintiff is cautioned that failure to pay the fee will result in a recommendation that this action be dismissed without prejudice.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff's request to proceed in forma pauperis is denied; and

      2. Within twenty days from the date of this order, plaintiff shall submit to the Clerk of the Court the $250.00 filing fee for this action.

DATED: May 8, 2006.

                                UNITED STATES MAGISTRATE JUDGE

---

[1] fish2217.3b