IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN C. FISHER,

      Plaintiff,                     No. CIV S-05-2217 MCE KJM P

      vs.

DIRECTOR OF THE CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

      Defendants.          <u>ORDER</u>
                                    /

        Plaintiff has requested an extension of time to pay the $250.00 filing fee as required by the court's order of May 9, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 22, 2006 request for an extension of time is granted; and

        2. Plaintiff shall pay the $250.00 filing fee on or before June 17, 2006.

DATED: May 26, 2006.

                                                                       
UNITED STATES MAGISTRATE JUDGE

1/mp
fish2217.36