IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN C. FISHER,

        Plaintiff,                    No. CIV S-05-2217 MCE KJM P

        vs.

DIRECTOR OF THE CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

        Defendants.            <u>ORDER</u>

       /

        On May 9, 2006, the court ordered plaintiff to submit the $250.00 filing fee for this action within twenty days. On May 31, 2006, plaintiff was granted an extension of time until June 17, 2006, to comply with the court's May 9, 2006 order. To date, plaintiff has not paid the filing fee.

        On June 16, 2006, plaintiff filed a document with the court in which plaintiff requests that the court order officials at his prison to send the court the filing fee. Plaintiff's request will be denied as it is his responsibility to see that the filing fee gets to the court. Good cause appearing, plaintiff will be granted one final thirty-day extension within which to submit

/////

/////

1

the filing fee. If plaintiff fails to submit the filing fee within thirty days, this matter will be dismissed without prejudice.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 16, 2006 request that this court order officials at his prison to submit to the court the filing fee for this action is denied; and

2. Plaintiff is granted thirty-days within which to submit the filing fee for this action.

DATED: August 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

[1] fish2217.fee

---

[1] If the prison official responsible for submitting filing fees to the court on behalf of prisoners fails to do so on behalf of plaintiff after plaintiff requests him or her to do so with respect to this action, plaintiff shall inform the court of the name of the prison official before the time runs for petitioner to submit the filing fee.