IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN C. FISHER,                                                     No. 2:05-cv-02217-MCE-KJM-P

        Plaintiff,

    v.                                                                              <u>ORDER</u>

JANE DOE, et al.,

        Defendants.

_____/

On May 10, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 2, 2007.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that the magistrate judge's ruling is not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 2, 2007, is affirmed.

Dated: May 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE