IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN C. FISHER, | No. 2:05-cv-02217-MCE-KJM P |
| Plaintiff, | |
| vs. | ORDER |
| JANE DOE, et al., | |
| Defendants. | |
| _____/ | |

On January 23, 2008, plaintiff filed a request for reconsideration of the magistrate judge's order filed January 10, 2008 dismissing plaintiff's amended complaint with leave to file a second amended complaint and denying plaintiff's request for a temporary restraining order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1

1     Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed January 10, 2008, is affirmed.

3 Dated: February 27, 2008

*[signature]*

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE