IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN C. FISHER,

       Plaintiff,                     No. CIV S-05-2217 MCE KJM P

    vs.

JANE DOE, et a.,

       Defendants.          ORDER

_____/

       Plaintiff, a California prisoner proceeding pro se, seeks leave to proceed in forma pauperis on appeal. Under 28 U.S.C. 1915(a)(3), an appeal may not be taken in forma pauperis if it is not in good faith. The court finds that plaintiff's appeal is not in good faith. Therefore petitioner's request for leave to proceed in forma pauperis on appeal is denied.

Dated: August 19, 2008

                                             _____
                                             MORRISON C. ENGLAND, JR.
                                             UNITED STATES DISTRICT JUDGE