IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN C. FISHER, | No. 2:05-cv-02217-MCE-KJM P |
| Plaintiff, | |
| vs. | ORDER |
| JANE DOE, et al., | |
| Defendants. | |
| _____/ | |

On October 1, 2010, plaintiff filed a motion for reconsideration of the magistrate judge's order filed September 27, 2010, denying plaintiff's motion for reimbursement of costs for appeal. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 27, 2010, is affirmed.

Dated: November 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE